In re: Douglas James **REINHART,** Debtor.

**David L. Gladwell, Trustee, Appellant,**

v.

**Douglas James Reinhart, Appellee.**

No. 09–4028.

United States Court of Appeals, Tenth Circuit.

Jan. 25, 2010.

Adam Stephen Affleck, James A. Boevers, Esq., Erin Margaret Stone, Prince, Yeates & Geldzahler, Salt Lake City, UT, for Appellant.

Duane H. Gillman, Michael F. Thomson, Durham, Jones & Pinegar, Salt Lake City, UT, for Appellee.

Before TACHA, HOLLOWAY and KELLY, Circuit Judges.

## ORDER

This matter is before the court on appellee's *Petition For Panel Rehearing.* We have construed the request as a motion to reconsider, as judgment has not entered in

this appeal. *See* Fed. R.App. P. 40(a)(1). As construed, the motion seeks reconsideration of the court's December 23, 2009 certification order to the Utah Supreme Court. The request is granted in part. An amended certification order shall issue. The request is granted to the extent of those amendments, but is otherwise denied. The Clerk is directed to forward the amended order to the Utah Supreme Court forthwith.